FORM 1

NOTICE OF APPEAL



* * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

Myers
VS
State of New York

NOTICE OF APPEAL

06-CV-4583 (NG)
Docket No.

Notice is hereby given that __Charlotte Myers__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) __And Judgment__

entered in this action on the __6__ day of __August__, 20__13__

__Charlotte Myers__
Signature

__Charlotte Myers__
Printed Name

__722 Bergen St #2B__
__Brooklyn, N.Y. 11238__
Address

__(646) 261-2757__
Telephone No. (with area code)

Date: __02/05/14__