FORM 2

# NOTICE OF MOTION FOR EXTENSION OF TIME

* * * * * * * * * * *

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF New York



MYERS
VS
State of New York

NOTICE OF MOTION FOR EXTENSION OF TIME

06-CV-4583(NG)
Docket No.

Pursuant to FRAP 4(a)(5), __Charlotte Myers__ respectfully
                                    (party)
requests leave to file the within notice of appeal out of time. __Charlotte Myers__
                                                                       (party)
desires to appeal the decision in this action on __08/06/13__, but failed to file
                                                   (date)
a notice of appeal within the required number of days because: [Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]

_Charlotte Myers_
Signature

Charlotte Myers
Printed Name

722 Bergen St 3B
Bklyn, N.Y. 11238
Address

(646) 261-2757
Telephone No. (with area code)

Date: 02/05/14

FORM 3
## COMBINED NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

**RECEIVED FEB 5 – 2014 PRO SE OFFICE**

Myers
vs
State of New York

### NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME

06-CV-4583(NG)
Docket No.

1. Notice is hereby given that **Charlotte Myers** (party) hereby appeals to the United States Court of Appeals for the Second Circuit from the decision entered in this action on **08/06/13** (date). (Describe it).

2. In the event that this form was not received in the Clerk's Office within the required time **Charlotte Myers** (party) respectfully requests the court to grant an extension of time in accordance with FRAP 4(a)(5) for the following reasons which constitute "excusable neglect" or "good cause" (state reasons): My attorney failed to submit a timely request to file an appeal on my behalf.

    a. In further support of this request, **Charlotte Myers** (party) states that this Court's decision was received on _____ (date) and that this form was mailed to the court on _____ (date).

Signature: *Charlotte Myers*

Printed Name: Charlotte Myers

Address: 722 Bergen St 2B
Brooklyn, New York 11238

646-261-2757
Telephone No. (with area code)

Upon verbal notification by my attorney, Uwem Umoh of the judges' decision I sent him the attached email requesting he take the necessary steps to preserve my rights in this matter. Approximately 3 weeks later I was told by Mr. Umoh that he would no longer be representing me, however, he would not give me the reason in writing (which I requested), and he did not inform me that the notice of appeal had not been filed. It was not until I was unsuccessful finding new counsel and went into the prose department of the court on 2/4/2014 that I was made aware that nothing has been filed.

