# IT'S ALL ABOUT YOU

# SO THIS FAX IS

# JUST FOR YOU

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 0 ~ ~~~ ★
BROOKLYN OFFICE

**DATE:** August 23, 2013    fax # 1-800-516-5929

**TO:** Mr. Uwem Umoh, Attorney

**FROM:** Taffy Charlotte Myers, client
Email was sent as well on 08/22/13.

**RE:** Requesting re-consideration/appeal of August 05, 2013 in Federal Court

**COMMENTS:** Greetings, Left you a VM today (abt 4:50 PM) please call me on Monday. You stated the deadline to appeal is Sept 05, 2013

**CONFIRMATION OF FAX, PLEASE CALL #** 646-261-2757;

Thank you.



t myers < tmtmyers88@gmail.com>

## Decision

**t myers** < tmtmyers88@gmail.com>  
To: Uwem Umoh <numoh@umohlaw.com>

Thu, Aug 22, 2013 at 6:55 PM

Dear Mr. Umoh,

After giving considerable thought to Judge Nina Gershon's decision on August 05, 2013 (letter) that she has down graded my case to the NYS Court of Claims; I am requesting you as my attorney that a re-consideration and/or appeal be submitted. I am requesting that my lawsuit to be placed back in Federal Court.

Please look in my file(s) at your office to see that any/all grievances(s) were submitted in a timely manner to Human Rights an and to Judge Kathleen Sullivan. Employees were interviewed by State Investigator(s) and informed that he was telling racist and offensive jokes in the workplace.. It was known throughout DMV that he had a preference towards the Hispanic female employees. He also had pending charge(s) against him for sexual harassment while my issues were going on and the State was reluctant to do any thing but "sweep it under the rug".

I will call you on Friday, August 23, 2013 to confirm that you have received this email. Also, I will, fax and mail you a copy of this formal request.

Thank you for addressing this matter on my behalf.

Respectfully,

*T. Myers*

Taffy Charlotte Myers

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 5 2014 ★
BROOKLYN OFFICE