UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHARLOTTE MYERS,

                Plaintiff,

- v. -

STATE OF NEW YORK - DEPARTMENT
OF MOTOR VEHICLE; BARRY WULKAN;
KATHLEEN SULLIVAN; DOES 1-10,

                Defendant.

------------------------------------------------------------x

**ORDER**

1:06-cv-04583 (NG) (VMS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 6 - 2014

BROOKLYN OFFICE

GERSHON, United States District Judge:

      Plaintiff's motion for an extension of time to file a notice of appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5) is granted. Plaintiff's application for leave to proceed in forma pauperis is denied for failure to fill out the required form.

                                      SO ORDERED.

                                      s/Nina Gershon
                                      NINA GERSHON
                                      United States District Judge

Dated: February 6, 2014
Brooklyn, New York